UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Case No. 23-10066 |
| S2 ENERGY OPERATING, LLC[1] | * | Chapter 11 (Jointly Administered) |
| Debtors | * | Section A |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a *Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 3002 and 6006 Authorizing Rejection of an Unexpired Lease of the Debtor* (the "***Motion***") [Dkt. #89] was filed by S2 Energy Operating, LLC. The Motion is seeking the authority to reject an unexpired equipment lease with Creole Compression, LLC.

A copy of the Motion is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at Room B-601, Hale Boggs Federal Bldg., 500 Poydras Street, New Orleans, Louisiana 70130, or may be obtained via the Court's website at www.laeb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 8, 2023, at 1:00 P.M** before the Honorable Meredith S. Grabill, United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Room B-709, New Orleans, Louisiana 70130. All individuals attending in-person hearings in this Court must adhere to applicable General Order 2021-2 issued by the United States District Court governing conduct and safety protocols required to enter the federal building located at 500 Poydras Street, New Orleans, Louisiana. Those Orders can be found at: https://www.laed.uscourts.gov/ parties may participate in the hearing by either: a) Attending IN PERSON at the U.S. Bankruptcy Court Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130; or b) Participation by Teleconference line, 1-504-517-1385; Access Code 129611.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be made in writing, and filed with the Clerk of Court, United States Bankruptcy Court, Eastern District of Louisiana **no later than Wednesday, March 1, 2023** (the "***Response Deadline***"). If no response to the Motion is filed on or before the Response Deadline, the Bankruptcy Court may grant the relief sought in the Motion without further notice or the necessity of a hearing.

---

[1] This case is jointly administered with Krewe Energy, LLC (#23-10067), S2 Energy 1, LP (#23-10068) and Krewe-TBay, LLC (#23-10069).

Respectfully submitted:

/s/ *Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar NO. 36542
**HELLER, DRAPER & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, a copy of the above and foregoing was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system as indicated below. The above Motion was also served via first class U.S. mail, postage prepaid to the attached combined matrix.

**Michael H. Bagot, Jr. on behalf of Creditor Pioneer Production Services, Inc.**
mbagot@wb-lalaw.com, cstmartin@wb-lalaw.com;jlazard@wb-lalaw.com

**Brian A. Baker on behalf of Creditor DNOW L.P. d/b/a DistributionNOW**
brian.baker@stacybakerlaw.com

**Steven Beauchamp on behalf of Creditor Argonaut Insurance Company**
sbeauchamp@krebsfarley.com, mbowers@krebsfarley.com

**Greta M. Brouphy on behalf of Debtor Krewe Energy, LLC**
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

**Greta M. Brouphy on behalf of Debtor Krewe-TBay, LLC**
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

**Greta M. Brouphy on behalf of Debtor S2 Energy 1, LP**
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

**Greta M. Brouphy on behalf of Debtor S2 Energy Operating, LLC**
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

**Douglas S. Draper on behalf of Debtor Krewe Energy, LLC**
ddraper@hellerdraper.com, vgamble@hellerdraper.com

**Douglas S. Draper on behalf of Debtor Krewe-TBay, LLC**
ddraper@hellerdraper.com, vgamble@hellerdraper.com

**Douglas S. Draper on behalf of Debtor S2 Energy 1, LP**
ddraper@hellerdraper.com, vgamble@hellerdraper.com

**Douglas S. Draper on behalf of Debtor S2 Energy Operating, LLC**
ddraper@hellerdraper.com, vgamble@hellerdraper.com

**Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee**
Amanda.B.George@usdoj.gov

**Katilyn Michelle Hollowell on behalf of Creditor Quality Production Management, LLC**
katie.hollowell@keanmiller.com

**Benjamin Kadden on behalf of Interested Party Archrock Partners Operating LLC**
bkadden@lawla.com, mnguyen@lawla.com

**Michael E. Landis on behalf of Debtor S2 Energy Operating, LLC**
mlandis@hellerdraper.com, Vgamble@hellerdraper.com

**J. Eric Lockridge on behalf of Creditor Quality Production Management, LLC**
eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge9072@ecf.pacerpro.com

**Armistead M. Long on behalf of Creditor Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC**
along@gamb.law, sroberts@gamb.law

**Tristan E. Manthey on behalf of Creditor Committee Official Committee of Unsecured Creditors in the case of S2 Energy Operating, LLC, case no. 23-10066**
tmanthey@fishmanhaygood.com, fritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

**George Nalley on behalf of Creditor Hope Services, Inc.**
cindy@gnalley.com

**Cherie D. Nobles on behalf of Creditor Committee Official Committee of Unsecured Creditors in the case of S2 Energy Operating, LLC, case no. 23-10066**

**cnobles@fishmanhaygood.com,
dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com**

**Charles M Rush on behalf of Creditor Diamond Oil Field Supply Inc
cmrush@charlesmrushesq.com**

**Ryan M. Seidemann on behalf of Creditor State of Louisiana, Department of Natural Resources
seidemannr@ag.louisiana.gov**

**James Wesley Thurman on behalf of Interested Party Archrock Partners Operating LLC
jthurman@lawla.com**

**Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov**

**David F. Waguespack on behalf of Creditor CRC Krewe AIV, LLC
waguespack@carverdarden.com,
docket@carverdarden.com;plaisance@carverdarden.com**

**Julie Walker on behalf of Creditor J-W Power Company
jwalker@milmen.com**

> */s/ Douglas S. Draper*
> Douglas S. Draper