UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 23-10066 |
| | * | |
| S2 ENERGY OPERATING, LLC[1] | * | CHAPTER 11 |
|     DEBTOR | * | |
| * * * * * * * * | | SECTION A |

**OPPOSITION TO FIRST INTERIM FEE APPLICATION OF
FISHMAN HAYGOOD, L.L.P. AS COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

CRC Krewe AIV, LLC ("CRC"), respectfully opposes the First Interim Fee Application of Fishman Haygood, L.L.P. as Counsel for the Official Committee of Unsecured Creditors in the case of S2 Energy Operating, LLC, case no. 23-10066, for Approval of Compensation and Reimbursement of Expenses for the Period January 26, 2023 through September 30, 2023 ("Application")(P-248) filed by Fishman Haygood, L.L.P. LLP as follows:

1. S2 Energy Operating, LLC ("S2") was the operator of the oil and gas properties owned by the other Debtors and owned no assets. Given the secured and priority claims in the S2 case and the other Debtor cases and the nature and status of the assets in the other Debtor cases, CRC respectfully submits that the role of the unsecured creditors committee and its counsel should have been limited and its fees commensurate and relative to the potential recovery of the S2 unsecured creditors.

2. Certain of the fees sought in the Application appear to be unnecessary given the dynamics of the S2 case. Further, CRC is not aware of any unsecured funds in the S2 case from which to pay the fees.

---

[1] Krewe Energy, LLC (23-10067), S2 Energy 1, LP (23-10068), and Krewe-TBay, LLC (23-10069) had their bankruptcy cases jointly administered with S2 Energy Operating, LLC (23-10066) [P-40].

3. Accordingly, CRC objects to the approval and the payment of the fees sought in the Applications subject to reviewing evidence substantiating that the fees were necessary and beneficial to the S2 estate.

WHEREFORE the CRC Krewe AIV, LLC prays that the First Interim Fee Application of Fishman Haygood, L.L.P. be denied and for such further relief as is appropriate.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L.L.C.

/s/ David F. Waguespack
DAVID F. WAGUESPACK (#21121)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Email: waguespack@carverdarden.com
Telephone: (504) 585-3814
Fax: (504) 585-3801

Counsel for CRC Krewe AIV, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to First Interim Fee Application of Fishman Haygood, L.L.P. as Counsel for the Official Committee of Unsecured Creditors has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 15th day of November 2023.

/s/ David F. Waguespack
DAVID F. WAGUESPACK

4880-4115-6241, v. 1